**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:   Kevin L Stewart                           Case Number:   17-20936
         Debtor

## ORDER CONFIRMING PLAN
## FILED ON 7/11/2017, Court Doc. # 2

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Kevin L Stewart
1028 Banklick Street
Covington, KY  41011

PLUMMER, MICHAEL E.
11 WEST SIXTH STREET
COVINGTON , KY  41011

SCHULTZ, JOHN M.
10 S MAIN ST
WALTON, KY  41094-1115

ASCENSION CAPITAL GROUP
ATTN: CAPITAL ONE AUTO FINANCE
P O BOX 165028
IRVING, TX  75016

CAPITAL ONE NA
P O BOX 165028
IRVING, TX  75016

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA  19101-7346

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, October 23, 2017
(tnw)